**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| DAVID ANDREW WIEGAND ) | |
| ) | **Case No. 11-51543-399** |
| ) | |
| Debtor. ) | **Chapter 13** |
| _____ ) | |
| ) | |
| JOHN V. LABARGE, Jr., Trustee ) | **Adv. No. 12-4126-399** |
| And ) | |
| DAVID ANDREW WIEGAND ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | **Resp Due: 9/6/12** |
| FIA CARD SERVICES, INC. ) | **Hearing Date: 9/25/12 @ 9:30** |
| ) | **Hearling Loc:  St Louis 5-N** |
| Defendant. ) | |
| _____ ) | |

## NOTICE OF HEARING AND MOTION TO COMPROMISE CONTROVERSY

The Motion to Compromise Controversy will be called for hearing on the date and time noted above at the U.S. Bankruptcy North Courtroom Fifth Floor.  Any objections to this Motion must be filed in writing with the U.S. Bankruptcy Court, 111 S. 10th Street, 4th Floor, St. Louis, MO 63102); Trustee (John LaBarge, Box 430908, St. Louis, MO 63143), and Debtor's Attorney (address below) within 21 days of the date of service.  If no objections are filed, the Motion is subject to approval by the Court without further notice to any party.

COMES NOW Plaintiffs, by counsel, and for their Motion states as follows:

1.      The Debtor and Trustee filed their Complaint to recover a pre-petition transfer from Debtor to FIA Card Services, Inc. in the amount of $3,000.

2.      The Debtor and Trustee allege that this payment was preferential and subject to avoidance and recovery for the benefit of the Estate, pursuant to 11 U.S.C. §§547 and 550.

3.      The Defendant, through counsel, have agreed to pay $2,000 in full settlement of the controversy to the Standing Chapter 13 Trustee to increase the plan base and be distributed to creditors in accordance with the confirmed Chapter 13 Plan.

4.  The settlement is reasonable in light of possible defenses Defendant may raise and the costs of litigation and collection of any final judgment.

5.  Upon execution of the settlement agreement and receipt of the settlement amount, the Plaintiffs will file a motion to dismiss this Adversary Proceeding with prejudice.

WHEREFORE, Plaintiff and Defendant respectfully request this Court enter its Order allowing the Trustee and Debtor to enter into the settlement so stipulated and for such other and further relief as is just in the circumstances.


JOHN V. LABARGE, JR.                    SHERK & SWOPE, L.L.C.
Standing Chapter 13 Trustee


/s/Diana Daugherty                      /s/Wendell J. Sherk
Diana S. Daugherty, MoBar36347          Attorney for Debtors, EDMO#36695MO
Attorney for Trustee EDMO 36347MO       1620 South Hanley Rd. MoBar#36695
PO Box 430908                           St. Louis, MO 63144
St. Louis, MO 63143                     (314) 781-3400
(314) 781-8100                          (314) 647-5314 (FAX)
(314) 781-8881 (FAX)                    wjsherk@alum.wustl.edu
trust33@ch13stl.com